IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 12, 2006**

Charles R. Fulbruge III
Clerk

No. 05-60975
Summary Calendar

BABU ILYAS SIRAJ ALI,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A79 005 387

Before JONES, Chief Judge, and JOLLY and OWEN, Circuit Judges.

PER CURIAM:*

Babu Ilyas Siraj Ali, a native and citizen of Pakistan, has petitioned for review of an order of the Board of Immigration Appeals' (BIA) summary dismissal of his appeal pursuant to 8 C.F.R. § 1003.1(d)(2)(i)(E) (2005). Ali's brief challenges the Immigration Judge's denial of his motion for administrative closure of his removal proceeding or, alternatively, for a continuance of his removal proceeding. Ali has failed to brief, and has thus waived, the issue whether the BIA abused its discretion in summarily

---

*Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

dismissing his appeal.  See Soadjede v. Ashcroft, 324 F.3d 830, 838 (5th Cir. 2003).  Because he has waived this issue, he has not shown error in the BIA's decision.  Accordingly, his petition for review is **DENIED.**